## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| FIRST UNITED METHODIST CHURCH | : |
| OF MEDIA a/k/a FIRST CHURCH MEDIA | : |
|     Plaintiff, | : CIVIL |
| | : NO. |
| vs. | : |
| | : |
| MEDIA FOOD BANK | : |
| and PAUL MICKLE | : |
|     Defendants. | : |

## MOTION TO WITHDRAW NOTICE OF REMOVAL

Defendants Paul Mickle & Media Food Bank hereby requests that the Court deem withdrawn the Notice of Removal in the above matter and remand this action back to the Delaware County Court of Common Pleas. Defendants filed the instant Notice of Removal prior to the expiration of the thirty-day deadline under 28 U.S. Code §1446 to preserve any federal question and upon reflection and reconsideration realize that allowing the state court action to run its due course, Defendants may find the relief that Defendants believes they are entitled to. Accordingly, Defendants respectfully requests that this matter be remanded.

                                              Respectfully submitted,

                                              Andre R. Desir, (No. 331388)
                                              Attorney for Defendant
                                              7373 Ridge Ave 330 Philadelphia, PA 19128
                                              Andre@Vexillumlaw.com
                                              917-717-0157
                                              Vexillum law

## CERTIFICATE OF SERVICE

I, Andre R. Desir, Esquire, hereby certify that I caused a true and correct copy of the foregoing to be served via this Court's electronic filing system upon all counsel of record and that I mailed, on this day, a copy of the foregoing, first class mail, to Counsel of record at:

Darryl W. Shorter, Esq

C/O Keller, Lisgar, & Williams LLP

101 E. Darby Road

Havertown, PA 19083

Andre R. Desir, (No. 331388)
Attorney for Defendant
7373 Ridge Ave 330 Philadelphia, PA 19128
Andre@Vexillumlaw.com
917-717-0157
Vexillum law

Dated: May 1, 2024