# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| FIRST UNITED METHODIST CHURCH | : |
| OF MEDIA a/k/a FIRST CHURCH MEDIA | : |
|     Plaintiff, | : CIVIL |
| | : NO. |
|     vs. | : |
| | : |
| MEDIA FOOD BANK | : |
| and PAUL MICKLE | : |
|     Defendants. | : |

## ORDER

And now, this _____, day of _____, 2024, upon consideration of the Motion to Withdraw Notice of Removal filed by the Removing Party, Media Food Bank, Et al., Motion to withdraw is hereby **GRANTED** and it is further **ORDERED** that the matter is **REMANDED** back to the Delaware County Court of Common Pleas.

**IT IS SO ORDERED.**

BY THE COURT:

_____
J.