## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| First United Church of Media a/k/a First Church Media, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 24-1461 |
| v. | : | |
| | : | |
| Media Food Bank and Paul Mickle, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of May, 2024, Defendants' uncontested[1] joint Motion to Withdraw Notice of Removal (ECF No. 6) is **GRANTED**. It is further **ORDERED** that this case is **REMANDED** to the Delaware County Court of Common Pleas.

S/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies ecf _____to:

Copies mailed _____ to:

---

[1] See Local Rule of Civil Procedure 7.1(c).