IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIRST UNITED CHURCH OF MEDIA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MEDIA FOOD BANK** | | |
| **PAUL MICKLE** | : | **NO. 2024-1461** |

NOTICE

**AND NOW**, this **17th day** of **May, 2024**, counsel are notified that the **May 30, 2024 10:30 a.m.** rule 16 conference is **cancelled.**

                                            *S/James F.G. Scheidt*
                                            for Joseph Walton,
                                            Courtroom Deputy Clerk
                                            Hon. Anita B. Brody